UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80237-CIV-ALTMAN/Brannon

**NELSON FERNANDEZ**,

    *Plaintiff*,

v.

**SUGARBOO DESIGNS, INC.**,

    *Defendant*.

_____/

## ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice ("Stipulation") [ECF No. 28]. The parties seek a dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court notes that the Stipulation is self-executing. Accordingly, the Court hereby **DISMISSES** this case **with prejudice**. This action shall remain closed, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 27th day of July 2020.

                                                          **ROY K. ALTMAN**
                                                          **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record